**Order filed April 10, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00722-CR
_____

**CARL LEE BANKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1210223**

---

## ORDER

Appellant is represented by appointed counsel, Clyde Williams. Appellant's brief was originally due December 28, 2011. We granted an extension of time to file appellant's brief until March 27, 2012. When we granted this extension, we noted that no further extensions would be granted. No brief was filed. On March 28, 2012, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We deny the request and issue the following order.

Accordingly, we order Clyde Williams to file a brief with the clerk of this Court **within 30 days** of the date of this order. If Clyde Williams does not timely file the brief as

ordered, the Court may issue an order to the trial court regarding appointment of new counsel.

PER CURIAM